UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO ZAVALA<br><br>              Plaintiff,<br><br>   v.<br><br>NATHANIEL MORGENSTEIN, et al.,<br><br>              Defendants. | Case No. CV 20-3544-DMG (PD)<br><br>**ORDER ACCEPTING FINAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the records on file, and the Final Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the Magistrate Judge's Final Report and adopts it as its own findings and conclusions.

IT IS THEREFORE ORDERED that the First Amended Complaint and entire action be dismissed with prejudice.

DATED: December 9, 2020

                                              DOLLY M. GEE<br>
                                              UNITED STATES DISTRICT JUDGE