JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO ZAVALA<br><br>            Plaintiff,<br><br>   v.<br><br>NATHANIEL MORGENSTEIN, et al.,<br><br>            Defendants. | Case No. CV 20-3544-DMG (PD)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Final Report and Recommendation of United States Magistrate Judge,

JUDGMENT IS HEREBY entered dismissing the entire action with prejudice.

DATED: December 9, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE